IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWIN F. WASHINGTON,

    Petitioner,

vs.                                    CASE NO. 5:07cv158/RS-EMT

JAMES R. McDONOUGH,
Secretary of Florida Department of
Corrections, et al,

    Respondents.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 10). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petitioner's Writ of Mandamus (Doc. 1) is dismissed for lack of jurisdiction and for failure to state a claim upon which relief can be granted.

3. The clerk is directed to close the file.

ORDERED on November 14, 2007.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**